IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-2744-GPG-SKC

UNITED STATES SECURITIES AND
EXCHANGE COMMISION,

    Plaintiff,

v.

BRENT DAVID WILLIS,

    Defendant.

## JOINT STATUS REPORT

Consistent with the Scheduling Order (Dkt. No. 24) and this Court's Practice Standards for Civil Cases, Plaintiff United States Securities and Exchange Commission ("SEC" or "Commission") and Defendant Brent Willis submit this Joint Status Report to update the Court regarding their progress in this matter.

In the weeks following issuance of the Scheduling Order, the parties' attention focused on Mr. Willis's motion to dismiss. Mr. Willis filed his motion on January 24, 2023 (Dkt. No. 19); the Commission filed its opposition on March 1, 2023 (Dkt. No. 27); and Mr. Willis filed his reply on March 16, 2023 (Dkt No. 28). That motion remains pending and has the potential to affect discovery if it is granted in full or in part, although discovery is continuing in the meantime.

**(1) Parties' activities in discovery through the date of the Joint Status Report**

Mindful of the June 20, 2023 deadline to serve requests for production and interrogatories, the Commission has been diligently organizing the evidence obtained to date in

anticipation of serving subpoenas on third-party witnesses and issuing written discovery requests to Mr. Willis. It also has reached out to several potential witnesses to begin arranging interviews or depositions, as appropriate, and it has begun identifying potential expert witnesses. Finally, the Commission is in the process of producing documents identified in its initial disclosures.

Similarly mindful of the discovery deadlines set, Mr. Willis has been diligently reviewing the discovery provided by the Commission to date and has served subpoenas on third-party entities seeking relevant documents. On March 20, 2023, Mr. Willis filed an Unopposed Motion for Letters Rogatory and Letter of Request with the Court seeking service of foreign subpoenas (Dkt. No. 29). This motion remains pending before the Court. Mr. Willis anticipates filing an additional Motion seeking documents from military entities within the next month, as such entities require a court order for production of the relevant documents. Mr. Willis is also preparing written discovery requests he plans to serve on the Commission in advance of the June 20, 2023 deadline. Finally, Mr. Willis is in the process of identifying witnesses for depositions and potential expert witnesses.

The parties anticipate no difficulty in meeting the deadline for serving written discovery requests.

**(2) Pending and unresolved discovery disputes**

The parties are working cooperatively and there are no discovery disputes requiring the Court's attention.

**(3) Updates on likelihood of settlement**

The parties continue to believe that further factual development is necessary before settlement discussions are likely to be productive.

Respectfully,

| | |
|---|---|
| s/ Edward J. Reilly | s/ Michael J. Diver |
| Edward J. Reilly | Michael J. Diver |
| U.S. Securities and Exchange Commission | Michael J. Lohnes |
| 100 F Street NE | Katten Muchin Rosenman LLP |
| Washington, DC | 525 W. Monroe Street |
| Telephone: (202) 551-6791 | Chicago, Illinois 60661 |
| Email: reillyed@sec.gov | Telephone: (312) 902-5200 |
| | Email: michael.diver@katten.com |
| *Attorneys for Plaintiff U.S. Securities and Exchange Commission* | michael.lohnes@katten.com |
| | *Attorneys for Defendant Brent D. Willis* |

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that, on May 3, 2023, he caused the foregoing *Joint Status Report* to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

By: *s/ Edward J. Reilly*
Edward J. Reilly
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-4473
Telephone: (202) 551-6791 (Reilly)
Email: reillyed@sec.gov
*Attorney for Plaintiff*
*U.S. Securities and Exchange Commission*