**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-02744-GPG-TPO

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

    v.

BRENT DAVID WILLIS,

Defendant.

---

**Fourth Joint Status Report**

---

    Pursuant to the Court's August 8, 2025 Minute Order (Dkt. 93), Defendant Brent David Willis and Plaintiff United States Securities and Exchange Commission (the "Commission") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Fourth Joint Status Report and state as follows:

    On April 11, 2025, the Parties participated in mediation before Magistrate Judge Timothy P. O'Hara. (Dkt. 80.) The Parties participated in a second mediation before Magistrate Judge O'Hara on June 24, 2025. (Dkt. 88.) While the Parties did not reach a settlement agreement on June 24, the parties continued discussions relating to settlement negotiations on July 3, 2025, and submitted their First Joint Status Report (Dkt. 89) on July 8, 2025, informing the Court that negotiation efforts to reach a potential voluntary resolution remained ongoing. The Parties submitted their Second Joint Status Report (Dkt. 90) on July 22, 2025, again informing the Court that settlement negotiations

1

remained ongoing.  On August 8, 2025, the Parties committed to providing a final update on the status of their continued settlement discussions by August 22, 2025.  (Dkt. 92.)

The Parties are advanced in settlement negotiations and hereby advise the Court that they believe they have reached an agreement in principle to resolve this action, which remains subject to the approval by the Parties of the settlement documentation. The Parties anticipate finalizing the terms of their agreement in September, which will then be subject to approval by the Commission, which may take a number of weeks. Given this timing, the Parties propose that within 90 days of this report, they will file either a proposed consent judgment or a status report advising the Court on the status of the settlement.

DATED: August 22, 2025

KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60661
Telephone:  312.902.5200

Respectfully submitted,

/s/ *Michael J. Diver*
Michael J. Diver
Michael J. Lohnes
michael.diver@katten.com
michael.lohnes@katten.com

*Attorneys for Defendant Brent David Willis*

U.S. Securities and Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549

/s/ *Damon W. Taaffe*
Damon W. Taaffe
taaffed@sec.gov
202-551-7420

*Attorney for Plaintiff U.S. Securities and Exchange Commission*

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that, on August 22, 2025, he caused the foregoing *Fourth Joint Status Report* to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Michael J. Diver*